## United Manufacturing Company, Appellee, v. Mitchell Novelty Company, Appellant.

**Gen. No. 46,041.**

McKay & Krulewitch,

321

for appellant; Dwight McKay, and H. B. Krulewitch, of counsel; Bernard Savin, and David M. Sloan, for appellee. Opinion by JUSTICE NIEMEYER. Not to be published in full. Opinion filed May 11, 1953; released for publication June 16, 1953.